UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Tyrone Sinclair Rice,<br><br>　　　　　Defendant,<br><br>　　　　　and<br><br>Nexans USA, Inc.,<br><br>　　　　　Garnishee. | Civil Action No.: 1:25-cv-1251 (AMN/TWD)<br><br>**FINAL ORDER OF GARNISHMENT** |

　　This matter is before the court for entry of a Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act, against the substantial nonexempt property belonging to or due the defendant-judgment debtor, Tyrone Sinclair Rice.

　　The United States filed an application for a Writ of Continuing Garnishment seeking any substantial nonexempt property belonging to or due Tyrone Sinclair Rice, held by Nexans USA, Inc., Garnishee.  A Writ of Continuing Garnishment was properly served on Garnishee, which filed an answer stating it had in its possession, custody, or control substantial nonexempt property belonging to or due Tyrone Sinclair Rice.

　　The United States served Tyrone Sinclair Rice with the Writ on or about September 16, 2025, and notified the defendant of his right to a hearing.  The United States also served each person whom the United States has reasonable cause to believe has an interest in the property

subject to the Writ and notified the parties of the right to a hearing, if applicable. No one requested a hearing, and the statutory time period to do so has elapsed.

Having considered the application, Writ, and answer, and noting that no one has filed any objections or requested a hearing, the Court finds that the entry of the Final Order of Continuing Garnishment is in all respects, proper.

IT IS ORDERED that the Garnishee pay over any and all property or funds of the defendant in which he has an ownership interest, including, but not limited to, any new property of which the Garnishee obtains custody, control, or possession while this Writ is in effect, within 14 days from the date of this Order. *See* 28 U.S.C. § 3205(c)(2)(F). The Garnishee shall liquidate funds as needed to pay the sum certain amount of up to $9,796.90, as well as any deductions required by law, with no withdrawal penalty, to the Clerk of the Court to be applied towards the full satisfaction of the outstanding restitution balance. *See United States v. Irving*, 452 F.3d 110, 126 (2d Cir. 2006) (MVRA permits the government to garnish assets held in a retirement account to satisfy a restitution order); *United States v. Novak*, 476 F.3d 1041, 1062 (9th Cir. 2006) (involuntary court-ordered distributions from retirement accounts to pay criminal restitution are not subject to additional tax or penalty for early withdrawal).

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT**

and mailed to:

**CLERK, U.S. DISTRICT COURT**
100 S. Clinton Street
P.O. Box 7367
Syracuse, N.Y. 13261

Dated: <u>January 14, 2026</u>

**SO ORDERED.**

_____
Hon. Anne M. Nardacci
United States District Judge